# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| AHMED FARAH MOHAMED, | Civil Nos. 15-2726 (JRT/LIB) |
| Petitioner, | |
| v. | |
| LORETTA E. LYNCH, et al, | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| Respondents. | |

_____

Ahmed Farah Mohamed, Sherburne County Jail, 13880 Business Center Drive NW, Elk River, MN 5533, *pro se* petitioner,

Ana H. Voss, D. Gerald Wilhelm, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondents

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED:**

1. That the Petition for a Writ of Habeas Corpus, [Docket No. 1], is **DENIED** as moot.

2. That the present action is **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 12, 2016          s/John R. Tunheim
at Minneapolis, Minnesota          JOHN R. TUNHEIM
                                   Chief Judge
                                   United States District Court